IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS

IN RE:

ROSEWOOD OAKS, LLC } CASE NO. 16-11141-tmd
}
}
DEBTOR } CHAPTER 11 PROCEEDING

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND COPIES OF PLEADINGS

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned is counsel for JCI Residential, LLC, a party in interest in this case.

Pursuant to section 1109(b) of Title 11 of the United States Code and FED. R. BANKR. P. 2002, 9007, and 9010, JCI Residential, LLC hereby requests that the undersigned attorney receive notice of all filings required to be served upon the U.S. Trustee or any creditors.

This request includes all notices and papers, however transmitted, that affect the debtor in this matter and the property in the possession, custody, or control of the debtor or the debtor's estate. All notices given and all papers served in this matter are to be served on:

      David C. Gregorcyk
      Attorney at Law
      7701 N. Lamar Blvd., Suite 100
      Austin, Texas 78752-1012
      512-247-7000 Telephone
      512-582-8701 Fax
      dgregorcyk@journeymanco.com

The undersigned requests that the name and address of its counsel be added to the matrix in this case.

Respectfully submitted,

*/s/ D. C. Gregorcyk*

David C. Gregorcyk
State Bar No. 24054545
7701 N. Lamar Blvd., Ste. 100
Austin, Texas 78752-1012
512-247-7000 (Telephone)
512-582-8701 (Facsimile)
dgregorcyk@journeymanco.com

ATTORNEY FOR JCI RESIDENTIAL, LLC

CERTIFICATE OF SERVICE

I, David C. Gregorcyk, hereby certify by my signature above that on October 6, 2016, a true and correct copy of the foregoing Notice of Appearance and Request for Notices and Copies forwarded, via CM/ECF electronic service, to the following:

| | |
|---|---|
| United States Trustee - AU12 | William Lee Choate |
| United States Trustee | Choate & Associates, PC |
| 903 San Jacinto Blvd, Suite 230 | 1000 Westbank Drive, Building One |
| Austin, TX 78701 | Austin, Texas 78746 |
| ustpregion07.au.ecf@usdoj.gov | lchoate@choateaustin.com |

Frederick E. Walker
609 Castle Ridge Road, Suite 220
Austin, TX 78746
(512) 330-9977
(512) 330-1686 (fax)
fredwalkerlaw@yahoo.com, fred@fredwalkerlaw.com

*/s/ D. C. Gregorcyk*

David C. Gregorcyk