<table>
<tr><td colspan="2"><b>Fill in this information to identify the case</b></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Rosewood Oaks, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-11141** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| | |

2.  **Cash on hand**                                                                                                 $0.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

$0.00

## Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|
| | Name | | |

Current value of<br>debtor's interest

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

---

## Part 3: Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

**11.** **Accounts receivable**

11a. 90 days old or less: **$0.00** − **$0.00** = ............. → **$0.00**
face amount   doubtful or uncollectible accounts

11b. Over 90 days old: **$0.00** − **$0.00** = ............. → **$0.00**
face amount   doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

---

## Part 4: Investments

**13.** **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

## Part 5: Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes. Fill in the information below.

Debtor   **Rosewood Oaks, LLC**                                    Case number (if known)  16-11141
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Rosewood Oaks, LLC**                                                    Case number (if known)   **16-11141**
          Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

**Chairs (4) $75.00 for all**
**Book Cases (3) $20.00 each**
**Desks (3) $25.00 each**
**Student Chairs $30.00**
**Student Tables $50.00**
**Sofa $150.00**
**Tables (2) $20.00 each**                                                                                          **$480.00**

40.  **Office fixtures**

**Wire Shelving $30.00**
**Vent Hood $50.00**
**Wash Basin $20.00**
**3 Compartment Sink $75.00**                                                                                        **$175.00**

41.  **Office equipment, including all computer equipment and**
     **communication systems equipment and software**

**Stove $100.00; Class Rugs ($100.00); Used**
**books 50-75 $30.00; Clothes $100.00; Toys**
**$50.00; Sm frig (2)-$25 each'; computer $50.00;**
**refrig $150.00; microwave (2) $20.00 each;**
**Custodial buckets $40.00; Freezer $100.00;**
**Infant Swings $10.00; Fax machine $40.00;**
**printer $30.00**                                                                                                   **$890.00**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
     artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
     or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.                                               **$1,545.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑  No
     ☐  Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑  No
     ☐  Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

**Schedule A/B: Assets -- Real and Personal Property**

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor  **Rosewood Oaks, LLC**                          Case number (if known)  **16-11141**
_____                          _____
Name

55.1.  **2600 Roswood Avenue**
**Austin, Texas 78702**

**2600 and 2604 Roswood Avenue,**
**Austin, TX 78702**
**Approximately 3.283 acres of land,**
**same being Lots 1, 2, 3, 4, 5, and 6, of**
**WIMBERLY ADDITION, in addition to**
**the City of Austin, Travis County,**
**Texas, according to the map or plat**
**thereof recorded in Volume 3, Page**
**263, Plat Records of Travis County,**
**Texas. Also being a tract of land, out**
**of Lot or Block 7, of SUBDIVISION OF**
**OUTLOTS 12 AND 13, DIVISION "B" in**
**the City of Austin, Travis County,**
**Texas, according to the map or plat**
**thereof recorded in Volume 2, Page**
**187, Deed Records of Travis County,**
**Texas, said tract being comprised of**
**those certain tracts described in**
**Deeds as recorded in Volume 563,**
**Page 558, Volume 605, Page 312,**
**Volume 606, Page 281, Volume 1131,**
**Page 89, and Volume 593, Page 79,**
**Deed Records of Travis County,**
**Texas.**                    Fee Simple Absolu    $1,375,000.00  Market Value           $1,375,000.00

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.      | **$1,375,000.00** |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:  Intangibles and Intellectual Property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |

Debtor    **Rosewood Oaks, LLC**        Case number (if known)   **16-11141**
        Name

**65.**   **Goodwill**

**66.**   **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.                **$0.00**

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
     ☒ No
     ☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☒ No
     ☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 11:**   **All other assets**

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ☒ Yes. Fill in the information below.

                                                     Current value of
                                                     debtor's interest

**71.**   **Notes receivable**

     Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**   **Other contingent and unliquidated claims or causes of action of every nature,**
     **including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

     **Texas Unclaimed Property**
     **Claim No 17053368**
     **Overpaymen of Insurance**                                    **$440.00**

**78.**   **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.              **$440.00**

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Debtor  **Rosewood Oaks, LLC**
Name

Case number (if known)  **16-11141**

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,545.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................➔ | | $1,375,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $440.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $1,985.00 + 91b. | $1,375,000.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................... $1,376,985.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Rosewood Oaks, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>16-11141</strong></td></tr>
</table>

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---
**Part 1:**     List Creditors Who Have Secured Claims
---

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**

| Creditor's name<br>**R Bank** | Describe debtor's property that is<br>subject to a lien | $800,000.00 | $1,375,000.00 |
|---|---|---|---|
| Creditor's mailing address<br>**Attn: Bankruptcy Dept.** | **Wimberley Lots** | | |
| **1900 Round Rock Ave.** | Describe the lien | | |
| | **Vendor's Lien and deed of trust lien** | | |
| **Round Rock        TX        78681** | Is the creditor an insider or related party? | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred    **10/09/2012** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account<br>number        **1   9   5   0** | As of the petition filing date, the claim is: | | |
| | Check all that apply. | | |
| Do multiple creditors have an interest in<br>the same property? | ☐ Contingent | | |
| ☑ No | ☐ Unliquidated | | |
| ☐ Yes. Specify each creditor, including this<br>creditor, and its relative priority. | ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$800,000.00

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) **16-11141** |
|---|---|---|

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Weldon Ponder** | Line   **2.1** | ___ ___ ___ ___ |
| **4408 Spicewood Springs Road** | | |
| | | |
| **Austin**          **TX**     **78759** | | |

**Fill in this information to identify the case:**

Debtor **Rosewood Oaks, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **16-11141**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No.  Go to Part 2.
   ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | **Total claim** | **Priority amount** |
|---|---|---|

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.44** |
|---|---|---|---|

**ADT Security Services**

**3190 S. Vaughn Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Aurora** | **CO** | **80014** |
|---|---|---|

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  **9  0  9  9**

☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$646.42** |
|---|---|---|---|

**American Express Plum**

**P.O. Box 26312**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Lehigh Valley** | **PA** | **18002** |
|---|---|---|

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  **1  0  0  3**

☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.03** |
|---|---|---|---|

**AT&T**

**Attn: Credit Collections**

**P.O. Box 5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Carol Stream** | **IL** | **60197** |
|---|---|---|

Basis for the claim: **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  **1  3  5  4**

☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167,404.76** |
|---|---|---|---|

**Avis Wallace**

**9001 Wildwater Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Round Rock** | **TX** | **78681** |
|---|---|---|

Basis for the claim: **Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Beverly Piper**

**4606 Broadhill Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Austin** | **TX** | **78723** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$51,617.16** |
|---|---|---|---|

**Can Capital Asset Servicing, Inc.**

**414 West 14th Street, 3rd Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **New York** | **NY** | **10014** |
|---|---|---|

**Basis for the claim:**
**Business Loan**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$731.70** |
|---|---|---|---|

**Chase Bank USA, N.A.**

**PO Box 15123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Wilmington** | **DE** | **19850-5145** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  6   3   7   8

Is the claim subject to offset?
☑ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,059.80** |
|---|---|---|---|

**Chase Bank USA, N.A.**

**PO Box 15123**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Wilmington** | **DE** | **19850-5145** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  7   4   0   4

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
| --- | --- | --- | --- |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** |
| --- | --- | --- | --- |

Check all that apply.

**CIT Technologies c/o**

**McCarthy Burgess Wolf**

**26000 Cannon Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Belford Heights** | **OH** | **44146** |
| --- | --- | --- |

**Basis for the claim:**
**Contract/Lease**

Date or dates debt was incurred    **2015**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Copier Lease**

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,647.30** |
| --- | --- | --- | --- |

Check all that apply.

**City of Austin**

**721 Barton Springs Rd,**

**Attn: Legal**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Austin** | **TX** | **78704** |
| --- | --- | --- |

**Basis for the claim:**
**Utilities**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50,000.00** |
| --- | --- | --- | --- |

Check all that apply.

**ESQ Industries**

**7487 Trailway Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Frisco** | **TX** | **75035** |
| --- | --- | --- |

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$125,580.40** |
| --- | --- | --- | --- |

Check all that apply.

**Janette Wallace**

**9001 Wildwater Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Round Rock** | **TX** | **78681** |
| --- | --- | --- |

**Basis for the claim:**
**Money Borrowed**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

**Josh Ray, CPA**

**3000 Joe DiMaggio Blvd. Ste 91**

**Round Rock**　　　　　**TX**　　**78665**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,200.00**

**3.14** Nonpriority creditor's name and mailing address

**Law Offices of Hubert Bell, Jr.**

**1907 N. Lamar Blvd Ste. 300**

**Austin**　　　　　**TX**　　**78705**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$250.00**

**3.15** Nonpriority creditor's name and mailing address

**Life Storage of Round Rock**

**506 McNeil Rd.**

**Round Rock**　　　　　**TX**　　**78681**

Date or dates debt was incurred

Last 4 digits of account number　**1　8　1　4**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$345.00**

**3.16** Nonpriority creditor's name and mailing address

**Ollie Jones**

**2844 Hiawatha St.**

**New Orleans**　　　　　**LA**　　**70126**

Date or dates debt was incurred

Last 4 digits of account number　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5,000.00**

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|--------|------------------------|------------------------|--------------|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 |
|------|--------------------------------------------------|-----------------------------------------------|---------|

*Check all that apply.*

**Platinum Travel Network**

**11130 Jollyville Rd. Ste 303**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Austin | TX | 78759 |
|--------|----|----|

Basis for the claim:

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   **8   0   2   2**

☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|------|--------------------------------------------------|-----------------------------------------------|------------|

*Check all that apply.*

**Wallace Development LLC**

**9001 Wildwater Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Round Rock | TX | 78681 |
|------------|----|----|

Basis for the claim:

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor   **Rosewood Oaks, LLC**                                             Case number (if known)   **16-11141**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **Cersonsky, Rosen & Garcia, P.C.**

**1770 St. James Place, Ste. 150**

**Houston**          **TX**     **77056-3422**

Line _____

☑ Not listed.  Explain:
**Attorney for Can Capital Asset Servicing**

__ __ __ __

**4.2**   **Choate & Assoc.**

**W. Lee Choate**

**1000 Westbank Dr., Bldg. 1**

**Austin**          **TX**     **78746**

Line _____

☑ Not listed.  Explain:
**Attorney for Austin Title Co.**

__ __ __ __

**4.3**   **D. Scott Heselmeyer, P.C.**

**211 Round Rock Ave.**

**Round Rock**          **TX**     **78664**

Line _____

☑ Not listed.  Explain:
**Attorney for R Bank**

__ __ __ __

**4.4**   **David C. Gregorcyk**

**7701 N. Lamar Blvd., Ste. 100**

**Austin**          **TX**     **78752-1012**

Line _____

☑ Not listed.  Explain:
**Attorney for JCI Residential**

__ __ __ __

**4.5**   **JB Goodwin Realtors/Linda Del Toro**

**1613 S. Capital of Texas Hwy**

**Austin**          **TX**     **78746**

**Listing Agreement**

Line _____

☑ Not listed.  Explain:
**Contract/Lease**

__ __ __ __

**4.6**   **JCI Residential LLC**

**7701 N. Lamar Blvd,**

**Austin**          **TX**     **78752-1000**

**Commercial Contract-Improved Property to sell**

Line _____

☑ Not listed.  Explain:
**Contract/Lease**

__ __ __ __

| Debtor | **Rosewood Oaks, LLC** | | Case number (if known) | **16-11141** |
|---|---|---|---|---|

---

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Justice of the Peace**<br>**Williamson County**<br>**PO Box 588**<br><br>**Taylor**     **TX**    **76574** | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.8 | **Rausch, Strum, Israel, Enerson & Hornik**<br>**15851 N. Dallas Parkway, Ste. 245**<br><br>**Addison**     **TX**    **75001** | Line _____<br><br>☑ Not listed. Explain:<br>**Attorney for Citibank** | __ __ __ __ |
| 4.9 | **Tax Ease**<br>**14901 Quorum Dr. Ste. 900**<br><br>**Dallas**     **TX**    **75254**<br>payoff estimate | Line _____<br><br>☑ Not listed. Explain:<br>**Business Debt** | __ __ __ __ |
| 4.10 | **Tax Ease**<br>**14901 Quorum Dr. Ste. 900**<br><br>**Dallas**     **TX**    **78254**<br>payoff estimate | Line _____<br><br>☑ Not listed. Explain:<br>**Business Debt** | __ __ __ __ |
| 4.11 | **Tax Ease**<br>**14901 Quorum Dr. Ste. 900**<br><br>**Dallas**     **TX**    **75254**<br>paid off by R Bank as sent by Jade Vowels from Tax Easte | Line _____<br><br>☑ Not listed. Explain:<br>**Business Debt** | 3 6 1 1 |
| 4.12 | **Travis County**<br>**P.O. Box 1748**<br><br>**Austin**     **TX**    **78767**<br>payoff estimate | Line _____<br><br>☑ Not listed. Explain:<br>**Business Debt** | __ __ __ __ |

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.13** **Williamson County Clerk, Nancy E. Rister** **Attn: Civil Division** **405 MLK St., Box 14** **Georgetown TX 78626** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor   **Rosewood Oaks, LLC**                                      Case number (if known)   **16-11141**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$479,174.01** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$479,174.01** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Rosewood Oaks, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-11141**          Chapter    **11** |

☐ Check if this is an amended filing

Official Form 206

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.   List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease<br>Contract to be REJECTED | CIT Technologies c/o |
|---|---|---|---|
| | | | McCarthy Burgess Wolf |
| | | | 26000 Cannon Rd |
| | State the term remaining | | |
| | List the contract number of any government contract | | Belford Heights          OH          44146 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Attorney Client Agreement<br>Contract to be ASSUMED | Fred E. Walker, P.C. |
| | | | 609 Castle Ridge Road |
| | | | Suite 220 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Austin                      TX          78746 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Listing Agreement<br>Contract to be ASSUMED | JB Goodwin Realtors/Linda Del Toro |
| | | | 1613 S. Capital of Texas Hwy |
| | | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Austin                      TX          78746 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Contract-Improved Property to sell<br>Contract to be ASSUMED | JCI Residential LLC |
| | | | 7701 N. Lamar Blvd, |
| | | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Austin                      TX          78752-1000 |

Debtor    **Rosewood Oaks, LLC**                                    Case number (if known)  **16-11141**

## ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | storage unit<br>Contract to be ASSUMED | **Life Storage of Round Rock** |
| | | | **506 McNeil Rd** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Round Rock**      **TX**      **78681** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rosewood Oaks, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-11141** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Rosewood Oaks, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **16-11141**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................ | **$1,375,000.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................ | **$1,985.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................ | **$1,376,985.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ | **$800,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................ | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ | **+ $479,174.01**

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................ | **$1,279,174.01**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td><strong>Rosewood Oaks, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>16-11141</strong></td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☑ Amended Schedule   **Amended Matrix (docket #14)**

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/18/2016**          X **/s/ Avis Wallace**
      MM / DD / YYYY          Signature of individual signing on behalf of debtor

**Avis Wallace**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Rosewood Oaks, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)      **16-11141**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:      Income

**1.   Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| From the beginning of the fiscal year to filing date: | From | **01/01/2016** MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other _____ | **$0.00** |
|---|---|---|---|---|---|---|
| For prior year: | From | **01/01/2015** MM / DD / YYYY | to | **12/31/2015** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$194,310.00** |
| For the year before that: | From | **01/01/2014** MM / DD / YYYY | to | **12/31/2014** MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$584,235.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

## Part 2:      List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|
| | Name | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **TRAVIS COUNTY ET AL V ROSEWOOD** | **Property tax lawsuit.** | **261st Judicial District**<br>Name<br><br>Street<br><br><br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**D-1-GN-16-002019** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|
| | Name | | |

## Part 4:    Certain Gifts and Charitable Contributions

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B (Schedule A/B: Assets -- Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **Flooding.  Insurance policy did not cover flooding.**<br>**Book shelves, art supplies, rugs, sofa, various other furniture.** | | **4/2015** | **$7,000.00** |

## Part 6:    Certain Payments or Transfers

11.    **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fred E. Walker, P.C.** | **$1,717.00 filing fee**<br>**$4,093.50 pre petition attny fees** | **9/29/2016** | |
| | Address | | | |
| | **609 Castle Ridge Road**<br>Street<br>**Suite 220** | | | |
| | **Austin**        **TX**    **78746**<br>City             State    ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|--------|------------------------|------------------------|--------------|
|        | Name                   |                        |              |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

| Debtor | **Rosewood Oaks, LLC** | | Case number (if known) | **16-11141** |
|---|---|---|---|---|
| | Name | | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1.** **R Bank**<br>Name<br>**P.O. Box 1116**<br>Street<br><br>**Round Rock**    **Tx**    **78680**<br>City          State   ZIP Code | XXXX- **7  7  2  2** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **8/31/2016** | **$0.00** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.2.** **JP Morgan Chase**<br>Name<br>**P.O. Box 659754**<br>Street<br><br>**San Antonio**    **Tx**    **78265**<br>City          State   ZIP Code | XXXX- **9  2  2  3** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **11/30/2015** | **$0.00** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.3.** **JP Morgan Chase**<br>Name<br>**P.O. Box 659754**<br>Street<br><br>**San Antonio**    **Tx**    **78265**<br>City          State   ZIP Code | XXXX- **9  2  3  1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **11/30/2015** | **$1.52** |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.4.** **JP Morgan Chase**<br>Name<br>**P.O. Box 659754**<br>Street<br><br>**San Antonio**    **Tx**    **78265**<br>City          State   ZIP Code | XXXX- **3  8  8  1** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **12/31/2015** | **$0.00** |

Debtor   **Rosewood Oaks, LLC**                                  Case number (if known) __**16-11141**__
         Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.5. **JP Morgan Chase**<br>Name<br><br>**P.O. Box 659754**<br>Street<br><br><br>**San Antonio**   **Tx**   **78265**<br>City   State   ZIP Code | **XXXX-** _5_ _2_ _0_ _1_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | __8/31/2015__ | __$515.00__ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Life Storage of Round Rock**<br>Name<br>**506 McNeil Rd**<br>Street<br><br><br>**Round Rock**   **Tx**   **78381**<br>City   State   ZIP Code | **Avis Wallace, Janette Wallace, James Wallace**<br><br>Address<br>**9001 Wildwater Way**<br>**Round Rock, Tx 78681** | **child care items: book cases, toys, chairs, rugs, desk, frig, clothes, office equipment, shelves** | ☑ No<br>☐ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|
| | Name | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    | | Name and address | Dates of service | |
    |---|---|---|---|
    | 26a.1. | **Joshua Ray, CPA** | From _____ | To _____ |
    | | Name | | |
    | | **3000 Joe Dimaggio Blvd, Ste 91** | | |
    | | Street | | |
    | | | | |
    | | **Round Rock**        **TX**     **78665** | | |
    | | City                    State    ZIP Code | | |

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|
| | Name | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Avis Wallace** | **2600 Rosewood Avenue Austin, TX 78702** | **Managing Member** | From_____ To_____ |
| | **Austin, TX** | | |
| **Janette Wallace** | **2600 Rosewood Avenue Austin, TX 78702** | **Member** | From_____ To_____ |
| | **Austin, TX** | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) | **16-11141** |
|---|---|---|---|
| | Name | | |

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/18/2016**
　　　　　　　MM / DD / YYYY

**X** **/s/ Avis Wallace**　　　　　　　　　　　　Printed name  **Avis Wallace**
　　Signature of individual signing on behalf of the debtor

　　Position or relationship to debtor  **Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

| **Fill in this information to identify the case:** |
| :--- |

| Debtor name | **Rosewood Oaks, LLC** |
| :--- | :--- |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-11141** |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| :-- | :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Avis Wallace 9001 Wildwater Way Round Rock, TX 78681 | | Notice Only | | | | $167,404.76 |
| 2 | Janette Wallace 9001 Wildwater Way Round Rock, Tx 78681 | | Money Borrowed | | | | $125,580.40 |
| 3 | Can Capital Asset Servicing, Inc. 414 West 14th Street, 3rd Floor New York, NY 10014 | | Business Loan | | | | $51,617.16 |
| 4 | Wallace Development LLC 9001 Wildwater Way Round Rock, TX 78681 | | Business Debt | | | | $50,000.00 |
| 5 | ESQ Industries 7487 Trailway Dr. Frisco, TX 75035 | | Business Debt | | | | $50,000.00 |

Debtor **Rosewood Oaks, LLC** _____     Case number (if known) **16-11141**
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6  Beverly Piper 4606 Broadhill Dr. Austin, TX 78723 | | Business Debt | | | | $10,000.00 |
| 7  City of Austin 721 Barton Springs Rd, Attn: Legal Austin, TX 78704 | | Utilities | | | | $5,647.30 |
| 8  Chase Bank USA, N.A. PO Box 15123 Wilmington, DE 19850-5145 | | Business Debt | | | | $5,059.80 |
| 9  Ollie Jones 2844 Hiawatha St. New Orleans, LA 70126 | | Business Debt | | | | $5,000.00 |
| 10  CIT Technologies c/o McCarthy Burgess Wolf 26000 Cannon Rd Belford Heights, OH 44146 | | Contract/Lease | | | | $5,000.00 |
| 11  Josh Ray, CPA 3000 Joe DiMaggio Blvd. Ste 91 Round Rock, TX 78665 | | Business Debt | | | | $1,200.00 |
| 12  Chase Bank USA, N.A. PO Box 15123 Wilmington, DE 19850-5145 | | Business Debt | | | | $731.70 |
| 13  American Express Plum P.O. Box 26312 Lehigh Valley, PA 18002 | | Business Debt | | | | $646.42 |

| Debtor | **Rosewood Oaks, LLC** | Case number (if known) **16-11141** |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Life Storage of Round Rock<br>506 McNeil Rd.<br>Round Rock, TX 78681 | | Business Debt | | | | $345.00 |
| 15  ADT Security Services<br>3190 S. Vaughn Way<br>Aurora, CO 80014 | | Business Debt | | | | $280.44 |
| 16  Platinum Travel Network<br>11130 Jollyville Rd. Ste 303<br>Austin, TX 78759 | | Business Debt | | | | $250.00 |
| 17  Law Offices of Hubert Bell, Jr.<br>1907 N. Lamar Blvd Ste. 300<br>Austin, TX 78705 | | Business Debt | | | | $250.00 |
| 18  AT&T<br>Attn: Credit Collections<br>P.O. Box 5001<br>Carol Stream, IL 60197 | | Business Debt | | | | $161.03 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:                                                    CHAPTER   **11**

**Rosewood Oaks, LLC**


DEBTOR(S)                                          CASE NO   **16-11141**


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Manager**_____ of the _____**Limited liability company**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**10/18/2016**_____          Signature:__**/s/ Avis Wallace**_____
                                                                                    *Avis Wallace*
                                                                                    **Manager**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re: **Rosewood Oaks, LLC**

CASE NO   **16-11141**

CHAPTER   **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:        **$0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:        **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$345.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$345.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):        **($345.00)**