UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: ROSEWOOD OAKS, LLC | § | CASE NO. 16-11141 |
| Debtor | § | CHAPTER 11 |

MOTION OF THE UNITED STATES TRUSTEE
TO CONVERT CASE TO A CASE UNDER CHAPTER 7

**This pleading requests relief that may be adverse to your interests. THE UST HAS FILED A MOTION TO EXPEDITE A HEARING ON THIS MOTION. NOTICE OF THE HEARING WILL BE SENT SEPARATELY.**

TO THE HONORABLE TONY M. DAVIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, JUDY A. ROBBINS, THE UNITED STATES TRUSTEE for Region 7 ("UST") through the undersigned counsel and files this Motion to Convert Case to a Case Under Chapter 7 pursuant to 11 U.S.C. § 1112(b)(1), (2), and (3) and Local Bankruptcy Rule 2015(b) and respectfully represents as follows:

1. The Court has jurisdiction of this matter under 28 U.S.C. § 1334(a) and (b), 28 U.S.C. § 157(a) and (b)(1), 28 U.S.C. § 151, and 11 U.S.C. § 1112(b). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B).

2. Rosewood Oaks LLC ("Debtor") filed a voluntary petition under Chapter 11 of Title 11, United States Code on September 30, 2016.

3. Cause exists to convert this case pursuant to 11 U.S.C. § 1112(b)(4)(C). Debtor testified at the first meeting of creditors that the property was not insured. Subsequently, Debtor's counsel has represented that Debtor cannot obtain insurance. Allowing this case to remain in chapter 11 without appropriate safeguards, such as insurance, on the property has the potential of harm to the estate and prejudice to creditors.

1

4. Debtor testified that the case was filed to prevent foreclosure. A sale of the property was pending at the time of filing, but Debtor testified that such sale fell through. Debtor has hopes that another sale may be out there, but appears to have agreed that the lack of insurance is cause for the stay to lift and allow the lender to foreclose on the property. Cause exists to convert this case to chapter 7 pursuant to 11 U.S.C. § 1112(b)(4)(A).

6. The UST urges conversion of this case. Debtor scheduled its most valuable asset, the real property, indicating there was equity in the property, which might be of benefit to the creditors of the estate. Despite this, it appears that Debtor has agreed to allow the lender to expedite foreclosure on this property. Even if the secured lender does foreclose on the property, Debtors have miscellaneous personal property, and may have claims against parties that a chapter 7 trustee can investigate that can be liquidated for the benefit of creditors.

7. For cause set forth above, this case should be converted to Chapter 7 pursuant to 11 U.S.C. § 1112(b) and Local Rule 2015(b).

8. In the event of dismissal, the UST requests that the Order provide for payment of any quarterly fees owed to the UST and any noticing fees owed to the Clerk of the Bankruptcy Court at the time of dismissal of the case pursuant to 28 U.S.C. § 1930.

WHEREFORE, premises considered, the United States Trustee prays that the Court convert this case to a case under Chapter 7 for cause under § 1112(b). The UST prays for any

and all further relief as is equitable and just.

                Respectfully submitted,

                JUDY A. ROBBINS
                UNITED STATES TRUSTEE
                REGION 7

                By: */s/ Deborah A. Bynum*
                  Deborah A. Bynum
                  Trial Attorney
                  SBT# 03556250
                  903 San Jacinto Blvd., Room 230
                  Austin, Texas 78701
                  (512) 916-5328 / 916-5331 Fax
                  Deborah.A.Bynum@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I forwarded a true and correct copy of the foregoing United States Trustee's Motion to Convert Case to a Case Under Chapter 7 by prepaid first class mail and by electronic means for all Pacer system participants to the parties listed on Debtor's Mailing Matrix on this the 2nd day of November, 2016.

                  */s/ Deborah A. Bynum*
                  Deborah A. Bynum

```
Label Matrix for local noticing          Rosewood Oaks, LLC                      U.S. BANKRUPTCY COURT
0542-1                                   9001 Wildwater Way                      903 SAN JACINTO, SUITE 322
Case 16-11141-tmd                        Round Rock, TX 78681-3462                AUSTIN, TX 78701-2450
Western District of Texas
Austin
Wed Nov  2 16:09:32 CDT 2016

ADT Security Services                    AT&T                                    American Express Plum
3190 S. Vaughn Way                       Attn: Credit Collections                P.O. Box 26312
Aurora, CO 80014-3537                    P.O. Box 5001                           Lehigh Valley, PA 18002-6312
                                         Carol Stream, IL 60197-5001


Austin Title Company                     Austin Title Company, party in interest  Avis Wallace
c/o Choate & Associates                  3520 Bee Caves Rd., Ste. 250            9001 Wildwater Way
1000 Westbank Dr Bldg One                Austin, TX 78746-5673                   Round Rock, TX 78681-3462
Austin, TX 78746-6598


Beverly Piper                            CIT Technologies c/o                    Can Capital Asset Servicing, Inc.
4606 Broadhill Dr.                       McCarthy Burgess Wolf                   414 West 14th Street, 3rd Floor
Austin, TX 78723-6102                    26000 Cannon Rd                         New York, NY 10014-1013
                                         Belford Heights, OH 44146-1807


Cersonsky, Rosen & Garcia, P.C.          Chase Bank USA, N.A.                    Choate & Assoc.
1770 St. James Place, Ste. 150           PO Box 15123                            W. Lee Choate
Houston, TX 77056-3422                   Wilmington, DE 19850-5123               1000 Westbank Dr., Bldg. 1
                                                                                 Austin, TX 78746-6687


Citibank, N.A.                           City of Austin                          D. Scott Heselmeyer, P.C.
Citi AT&T Universal Mastercard           721 Barton Springs Rd,                  211 Round Rock Ave.
P.O. Box 6235                            Attn: Legal                             Round Rock, TX 78664-5139
Sioux Falls, SD 571175 7 1 1 7-6235      Austin, TX 78704-1145


David C. Gregorcyk                       ESQ Industries                          JB Goodwin Realtors/Linda Del Toro
7701 N. Lamar Blvd., Ste. 100            7487 Trailway Dr.                       1613 S. Capital of Texas Hwy
Austin, TX 78752-1012                    Frisco, TX 75035-2996                   Austin, Tx 78746-6592


JCI Residential LLC                      JCI Residential, LLC                    Janette Wallace
7701 N. Lamar Blvd,                      c/o David C. Gregorcyk                  9001 Wildwater Way
Austin, Tx 78752-1000                    7701 N. Lamar Blvd., Suite 100          Round Rock, Tx 78681-3462
                                         Austin, TX 78752-1012


Josh Ray, CPA                            Justice of the Peace                    Law Offices of Hubert Bell, Jr.
3000 Joe DiMaggio Blvd. Ste 91           Williamson County                       1907 N. Lamar Blvd Ste. 300
Round Rock, TX 78665-3992                PO Box 588                              Austin, TX 78705-4900
                                         Taylor, TX 76574-0588


Life Storage of Round Rock               Ollie Jones                             Platinum Travel Network
506 McNeil Rd.                           2844 Hiawatha St.                       11130 Jollyville Rd. Ste 303
Round Rock, TX 78681-6702                New Orleans, LA 70126-4815              Austin, TX 78759-5593
```

| | | |
|---|---|---|
| R Bank<br>Attn: Bankruptcy Dept.<br>1900 Round Rock Ave.<br>Round Rock, TX 78681-4014 | R Bank<br>c/o Weldon Ponder<br>4408 Spicewood Springs Road<br>Austin, TX 78759-8504 | R Bank<br>c/o B. Weldon Ponder, Jr.<br>Attorney at Law<br>4408 Spicewood Springs Road<br>Austin, TX 78759-8504 |
| Rausch, Strum, Israel, Enerson<br>15851 N. Dallas Parkway, Ste. 245<br>Addison, TX 75001-6031 | Tax Ease<br>14901 Quorum Dr. Ste. 900<br>Dallas, TX 75254-7021 | Travis County<br>P.O. Box 1748<br>Austin, TX 78767-1748 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wallace Development LLC<br>9001 Wildwater Way<br>Round Rock, TX 78681-3462 | Williamson County Clerk,<br>Nancy E. Attn: Civil Division<br>405 MLK St., Box 14<br>Georgetown, TX 78626-4900 |
| Frederick E. Walker<br>609 Castle Ridge Road, Suite 220<br>Austin, TX 78746-5126 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Can Capital Asset Servicing, Inc.<br>414 West 14th Street, 3rd Floor<br>New York, NY 10014-1013 | (u)Janette Wallace | End of Label Matrix<br>Mailable recipients  39<br>Bypassed recipients   2<br>Total                 41 |